FILED by \_\_LS\_\_ D.C.

May 1, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

ERIC WATKINS
10814 NW 40th Street
Sunrise, Florida 33351

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC WATKINS
    Plaintiff,

V.

NICOLENE JOHNSON,
    Defendant.

Civil Action No. \_\_\_\_

18-60980-CV-DIMITROULEAS/SNOW

Civil Complaint
pursuant to 42
USC: 1983

## Jurisdiction

(1) Eric Watkins (Plaintiff) is a resident of Florida whose mailing address is 10814 NW 40th street Sunrise Florida 33351

(2) Defendant Nicolene Johnson is a resident of Ft. Lauderdale Florida and is employed as a BSO deputy at 4300 N.W. 36th Street Lauderdale lake, Florida, 33319. At the time of the alleged claim the defendant was on duty as a police officer, Plaintiff is suing her in her individual capacity.

(3) Jurisdiction is invoked pursuant to 42 USC: 1983.

1 of 8 pp

## Nature of the case

(3) On May 3, 2014 the defendant Nicolene Johnson violated Plaintiff's constitutional right to be free from false arrest and free from unreasonable search and seizure.

## Cause of action

(4) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts forms the basis of my allegations

## Count's one

(5) It is Plaintiff Eric Watkins complaint that on May 3, 2014 Defendant Nicolene Johnson did willfully, intentionally and without probable cause falsely arrested me and charged me with the crime of assault and aggravated assault, F.S. 784.011 and F.S. 784.021(1)(a)(2), after she violated my right to be free from unreasonable search and seizure, when without probable cause, a search warrant nor my consent to search, the defendant searched my car for 10 minutes and after finding a bag with a machete in it she then arrested me and had me placed in a police car all in violation of the Fourth Amendment.

2 of 8 PP

Supporting Facts

(6) On May 3, 2014 While on private property sitting in my Volskwagen doing legal work.

(7) Defendant Nicolene Johnson arrived outside the lot with other officers and with weapons drawn the defendant ordered Plaintiff get out of his car and get on the ground.

(8) I got out of my car got on the ground and the two other officers hand cuffed me.

(9) Defendant Johnson then walked to my car opened the drivers door and asked me where's the machete.

(10) I ordered Defendant Johnson to shut back my car door and dont search my car.

(11) The defendant ignored me and conducted a ten minute search of my car during which she found a bag in the inside trunk of the car. She took it out looked in it then walked to her police car and got inside.

(12) I was then placed into another police car by the other police officers on scene.

Approximately 20 minutes later a guy in a blue truck drove into the lot and went to the defendants police car and spoke with her for a while.

3 of 8 pp

(13) Shortly after I was transported to BSO Jail and then to the Broward county main Jail and charged with assault and aggrevated assault upon a guy.

(14) Defendant Johnson did not have a search warrant to search my car nor did she have my permission to search my car. I told her shut my door and do not search my car. The defendant did not have any probable cause or reasonable suspicision to search my car and this was not a traffic stop.

(15) I did not admit to any assault or aggrevated assault on anyone to defendant Johnson and the defendant never asked me anything about any alleged assault or aggrevated assault against anyone.

(16) The defendant did not witness me assault or agrevated assault anyone.

(17) Had it not been for the illegal search of my car there would be no arrest.

## Counts Two

(18) On May 3, 2014 Defendant Nicolene Johnson violated my 4th Amendment right to be free from unreasonable and illegal seizure when she detained Plaintiff (me) by having me hand cuffed

4 of 8 pp

on the basis of a 911 call where upon her arrival at the area there was no victim of any assault or aggravated assault until approximately 30 minutes later, after the defendant arrived had me hand cuffed and after she illegally searched my car and found a machette.

### Additional Supporting Facts

19) On May 3, 2014 the defendant had apparently got a 911 dispatch to the area I was parked in. Upon arrival she and two other officers ordered me to get out of my car and get on the ground. I complied and they hand cuffed me.

20) There was no alleged victim of an assault or aggravated assault present when the defendant and the other police arrived. The alleged victim arrived 30 minutes later.

21) See the supporting facts under counts one for additional facts to support count two.

### Previous lawsuit

22) Plaintiff has not began any lawsuits in federal court dealing with the same facts involved in this case.

23) Plaintiff request a jury trial in this case.

5 OF 8 PP

24) During the arrest Plaintiff was humiliated and embarrassed. I was handcuffed, detained and made to sit on the dirt. The arrest took place across from a shopping center where lots of people were watching, across from a tow truck company, and across from the street sidewalk. In these areas people stood watching the arrest. These people were not around prior to the police arrival and arrest.

25) During the arrest Plaintiff began to experience mental distress. This mental distress lasted the duration of the arrest and for the whole time Plaintiff was incarcerated. Plaintiff continued to mentally stress the case up till when it was dismissed.

Requested Relief

26) Plaintiff demands that the defendant pay him one hundred fifty thousand dollars in compensatory damages for the following: (1) the violation of his constitutional right which was willful. (2) The actual arrest and duration of incarceration and for (3) the mental distress Plaintiff experienced throughout the arrest, incarceration and up till the dismissal of the charges. Plaintiff also seek one hundred thousand dollars ($100,000.00) in punitive damages

for the defendants willfull and malicious retaliative conduct that was carried out to cause Plaintiff mental distress and to be a deterrent for others.

27) Plaintiff also seek Two hundred fifty five dollars ($255.00) in compensatory damages for the money he had to pay for the fees that was the result of the false arrest and incarceration.

28) Respectfully submitted this 1 day of May 2018

Eric Watkins

Declaration under Penalty of Perjury

29) I Eric Watkins the Plaintiff declare under the Penalty of Perjury that I have read the above Complaint and that the information contained is true and correct to the best of my knowledge pursuant to 28 USC §1746

Executed at Ft. Lauderdale, Florida on May 1 2018.

7 OF 8 PP

/Eric Watkins

8 of 8 pp